**The Honorable Kymberly K. Evanson**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| SHAWN R. GRENINGER, individually on behalf of the Investment Plan For Employees of Puget Sound Energy, Inc., and on behalf of all similarly situated participants and beneficiaries of the Plan,<br><br>Plaintiff,<br><br>v.<br><br>PUGET SOUND ENERGY, INC. and the INVESTMENT PLAN ADMINISTRATIVE COMMITTEE FOR PUGET SOUND ENERGY;<br><br>Defendants. | Case No. 2:26-cv-03270 KKE<br><br>STIPULATED MOTION TO EXTEND DEFENDANTS' RESPONSE DEADLINE AND ORDER |

The parties, through their undersigned counsel, hereby stipulate and agree to the following briefing schedule for Defendants' anticipated motion to dismiss or other initial response in the above-captioned action:

WHEREAS Plaintiff Shawn R. Greninger ("Plaintiff") filed and served his Class Action Complaint on September 11, 2026.

WHEREAS Defendant Puget Sound Energy, Inc. ("PSE") was served with the Complaint on September 17, 2026, and its initial response is currently due on October 8, 2026.

WHEREAS Defendant Investment Plan Administrative Committee for Puget Sound Energy (the "Committee" and, together with PSE, "Defendants") was served with the Complaint on September 21, 2026, and its initial response is currently due on October 13, 2026.

NOW THEREFORE the parties have agreed to the following schedule in lieu of Defendants filing an initial response to the Complaint:

1. Defendants shall file their initial response no later than sixty (60) days after the date on which Defendants' initial response would otherwise be due, excluding weekends and holidays, which is **December 14, 2026**.

2. Plaintiff shall file his opposition to Defendants' motion no later than thirty-nine (39) days after Defendants file their motion, which is **January 22, 2027**.

3. Defendants shall file their reply in support of their motion no later than twenty-one (21) days after Plaintiff files his opposition, which is **February 12, 2027**.

The parties reserve the right to seek modification of this schedule by further stipulation or motion if needed.

Respectfully submitted,



**ASHURST PERKINS COIE US LLP**
1301 Second Ave., Ste. 4200
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Dated: September 30, 2026

By: *s/Jason T. Dennett*

Jason T. Dennett, WSBA No. 30686
**MILBERG PLLC (WA)**
1700 7th Ave
Ste 2100
Seattle, WA 98101
866-252-0878
jdennett@milberg.com

Alexandr Rudenco (*pro hac vice*)
**MILBERG PLLC (TN)**
800 S Gay St
Ste 1100
Knoxville, TN 37929
865-247-0080
arudenco@milberg.com

Charles J. Stiegler (*pro hac vice*)
**STIEGLER LAW FIRM LLC**
318 Harrison Ave
Ste 104
New Orleans, LA 70124
504-267-0777
charles@stieglerlawfirm.com

*Attorneys for Plaintiff*

By: *s/James F. Williams*

James F. Williams, WSBA No. 23613
**ASHURST PERKINS COIE US LLP**
1301 Second Ave, Ste 4200
Seattle, WA 98101
(206) 359-3543
james.williams@ashurstperkins.com

Tina Q. Nguyen (*pro hac vice*)
**BAKER BOTTS L.L.P.**
910 Louisiana St
Houston, TX 77002
(713) 229-1234
tina.nguyen@bakerbotts.com

Christopher Rillo (*pro hac vice*)
**BAKER BOTTS L.L.P.**
101 California St, Ste 3200
San Francisco, CA 94111
(415) 291-6200
christopher.rillo@bakerbotts.com

*Attorneys for Defendants*

**ORDER**

Having reviewed the parties' stipulated motion (Dkt. No. 19), and finding good cause, the Court GRANTS the motion, and ORDERS that the briefing schedule set forth in the parties' stipulation is adopted.

DATED this 2nd day of October, 2026.

Kymberly K. Evanson
United States District Judge