**The Honorable Kymberly K. Evanson**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| SHAWN R. GRENINGER, individually on behalf of the Investment Plan For Employees of Puget Sound Energy, Inc., and on behalf of all similarly situated participants and beneficiaries of the Plan,<br><br>Plaintiff,<br><br>v.<br><br>PUGET SOUND ENERGY, INC. and the INVESTMENT PLAN ADMINISTRATIVE COMMITTEE FOR PUGET SOUND ENERGY;<br><br>Defendants. | Case No. 2:26-cv-03270 KKE<br><br>STIPULATED MOTION AND ORDER TO STRIKE JURY DEMAND<br><br>Noted for Consideration: November 24, 2026 |

Pursuant to Federal Rule of Civil Procedure 39(a)(1) and Local Civil Rules 7(d)(1) and 10(g), Plaintiff Shawn R. Greninger and Defendants Puget Sound Energy, Inc. and the Investment Plan Administrative Committee for Puget Sound Energy (together, the “Parties”), through their counsel, stipulate as follows:

WHEREAS Plaintiff’s Complaint includes a demand for trial by jury. Dkt. No. 1;

WHEREAS Plaintiff has stated that he withdraws his jury demand. *See* Joint Status Report and Discovery Plan (Dkt. No. 23);

NOW THEREFORE the Parties stipulate that Plaintiff’s jury demand is withdrawn and should be stricken, and that any trial of this action shall be to the Court.

This stipulation does not waive or otherwise affect any other claim, defense, or argument of any Party.

The Parties respectfully request that the Court enter the proposed order below.

Respectfully Submitted,

Dated: November 24, 2026

By: _ *s/Jason T. Dennett*
Jason T. Dennett, WSBA No. 30686
**MILBERG PLLC (WA)**
1700 7th Ave
Ste 2100
Seattle, WA 98101
866-252-0878
jdennett@milberg.com

Alexandr Rudenco (*pro hac vice*)
**MILBERG PLLC (TN)**
800 S Gay St
Ste 1100
Knoxville, TN 37929
865-247-0080
arudenco@milberg.com

Charles J. Stiegler (*pro hac vice*)
**STIEGLER LAW FIRM LLC**
318 Harrison Ave
Ste 104
New Orleans, LA 70124
504-267-0777
charles@stieglerlawfirm.com

*Attorneys for Plaintiff*

By: *s/James F. Williams*
James F. Williams, WSBA No. 23613
**ASHURST PERKINS COIE US LLP**
1301 Second Ave
Ste 4200
Seattle, WA 98101

(206) 359-3543
james.williams@ashurstperkins.com

Tina Q. Nguyen (*pro hac vice pending*)
**BAKER BOTTS L.L.P.**
910 Louisiana St
Houston, TX 77002
(713) 229-1234
tina.nguyen@bakerbotts.com

Christopher Rillo (*pro hac vice pending*)
**BAKER BOTTS L.L.P.**
101 California St
Ste 3200
San Francisco, CA 94111
(415) 291-6200
christopher.rillo@bakerbotts.com

*Attorneys for Defendants*



ASHURST PERKINS COIE US LLP
1301 Second Ave., Ste. 4200
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

## ORDER

Having reviewed the parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the jury demand is STRICKEN, and any trial of this action shall be to the Court.

DATED this 24th day of November, 2026.

Kymberly K. Evanson
United States District Judge